UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY, : <br> : <br> Plaintiff, : Civil Action No.:    3:19-cv-01205-JBA <br> : <br> v. : <br> : <br> EMELIN PAGAN, MAYRA OSORIO : <br> A/K/A MAYRA LOZADA, TARA : <br> OSORIO, and NATALIE OSORIO. : <br> : <br> Defendants. : OCTOBER 23, 2019 | |

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel, pursuant to D. Conn. L. Civ. R. 7(e), requests that she be permitted to withdraw as counsel for the Defendants Tara Osorio and Natalie Osorio. In support of this motion, undersigned represents that there is good cause for the instant motion in that there has been an irreparable breakdown in the attorney-client relationship.

WHEREFORE, for the reason set forth above, counsel respectfully moves this

Court to grant this Motion to Withdraw as counsel for the Defendants, Tara Osorio and Natalie Osorio.

Respectfully submitted

By _____
Amy J. Horowitz
LAW OFFICES OF AMY J. HOROWITZ, LLC
10 North Main Street, Suite 318
West Hartford, CT 06107
Telephone: (860) 549-5402
Fax: (860) 522-4261
Fed. Bar No. ct07600
ahorowitz@hsandt.com

## CERTIFICATION

I hereby certify that on the 23rd day of October, 2019, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

_____
Amy J. Horowitz