## UNITED STATES DISTRICT COURT
### District of Connecticut

JACKSON NATIONAL LIFE
  *Plaintiff*

v.

NOV 6 2019 AM 11:57
FILED-USDC-CT-NEW HAVEN

Case No. 3:19-cv-01205-JBA

EMELIN PAGAN, ET. AL.
  *Defendant*

### NOTICE OF PRO SE APPEARANCE

To: The clerk of court and all parties of record, I am representing myself in the matter above.

31 OCT 2019
*Date*

*Filer's signature*

TARA I. OSORIO
*Printed name*

289 BRITANY FARMS RD, UNIT F
*Address*

NEW BRITAIN, CT 06053
*City, State, Zip Code*

860 857 2785
*Telephone number*

### CERTIFICATE OF SERVICE

I hereby certify that on 31 OCT 2019 , a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*List here*:

*Filer's signature*

Rev. 8/11/15