UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACKSON NATIONAL LIFE<br>INSURANCE COMPANY,<br>PLAINTIFF | : CIVIL ACTION NO.<br>3:19-CV-01205 (JBA) |
| vs | |
| EMELIN PAGAN, MAYRA OSORIO<br>AKA MAYRA LOZADA, TARA OSRIO<br>AND NATALIE OSORIO, DEFENDANTS | : JANUARY 4, 2020 |

## STATUS REPORT

1. The Complaint in this matter was dated and filed on August 5, 2019, seeking Interpleader Relief and an Order directing Jackson to pay the proceeds of a certain life insurance policy issued by it on the life of one Adalberto Osorio to the appropriate Defendant or Defendants.

2. The proceeds of the life insurance policy in the approximate amount of $150,000 have been deposited with the Court.

3. On 9/4/19, the Defendant Emelin Pagan, Widow of the decedent, filed an Answer with Affirmative defenses and a Counterclaim.

4. Also on 9/4/19, Defendant Pagan filed a Motion for Summary Judgment, which was premature and has been dismissed by the Court without prejudice as noted below.

5. On 9/17/19, as referred to above, the Court denied the Motion for Summary Judgment without prejudice "for failure to comply with the Pre-Filing Conference requirement".

6. On 9/27/19 Attorney James S. Brewer filed a Notice of Appearance for Defendant Mayra Osorio.

7. On 10/11/19, Defendant Mayra Osorio filed an Answer to the Complaint, with Affirmative Defenses and a Cross-claim against all Defendants.

8. On 10/17/19, the undersigned on behalf of Defendant Emelin Pagan filed a Motion for Admissions, which has since been withdrawn.

9. On 10/18/19, the Court held a telephonic Status Conference.

10. On 10/24/19, Attorney Amy J. Horowitz filed a Motion to Withdraw the Appearanes she had filed earlier on behalf of Natalie Osorio and Tara Osorio, Daughters of the late insured, Adalberto Osorio. Each of those Daughters has subsequently filed Pro Se appearances but in neither case have any other pleadings or other filings been entered.

11. On 10/23/19, the case was referred to Magistrate Judge Robert M. Spector for a Settlement Conference.

12. On 11/4/19 a telephonic Status Conference was held before Judge Spector, as the result of which a Settlement Conference was scheduled for 12/6/19.

13. On 11/5/19 a Report of a 26(f) Planning Meeting was filed by the undersigned Counsel for Emelin Pagan.

14. On 11/7/19, a proposed Order for Interpleader Relief was filed by the Plaintiff Jackson National Life and a Consent Order granting that relief was entered on 11/22/19.

15. On 11/22/19, the Court cancelled a Settlement Conference which had been scheduled for 11/26/19 in response to a Motion seeking that cancellation filed by the undersigned on 11/21/19

for the reason that the Widow and Defendant Emelin Pagan has no interest in settling the matter and will be re-filing her Motion for Summary Judgment.

16. Under the Scheduling Order entered by the Court on 11/20/19, Discovery was due by 12/13/19, but no Discovery requests have been filed. The other entries in that Scheduling Order remain in effect, including a filing date for Dispositive Motions by 1/24/20.

DEFENDANT
EMELIN PAGAN

By _____

C. Thomas Furniss
Fed Bar #ct00028
C. Thomas Furniss, LLC
248 Hudson St.
Hartford CT 06106

(860) 527-2245
cthomasfurniss@gmail.com

I hereby certify that the foregoing was filed electronically on this 4th day of January, 2020.

_____
C. Thomas Furniss