UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JACKSON NATIONAL LIIFE
INSURANCE COMPANY
    Plaintiff

                         : CIVIL ACTION NO. 19-cv-01205 (JBA)

VS.

EMELIN PAGAN, MAYRA OSORIO
A/K/A MAYRA LOZADO, TARA
OSORIO and NATALIE OSORIO    : JANUARY 20, 2020
    Defendants

## MOTION FOR SUMMARY JUDGMENT
## BY DEFENDANT EMELIN PAGAN

Defendant Emelin Pagan hereby moves, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for Summary Judgment in her favor on the ground that there is no genuine issue as to any material fact and that she is entitled to Judgment as a matter of law.

                                                  DEFENDANT
                                                  EMELIN PAGAN

                                                  BY /s/ C. Thomas Furniss
                                                  C. Thomas Furniss
                                                  Fed bar #ct00028
                                                  C. Thomas Furniss, LLC.
                                                  248 Hudson St.
                                                  Hartford CT 06106
                                                  (860) 527-2245
                                                  cthomasfurniss@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on this 20th of January, 2020.

_____
C. Thomas Furniss