UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JACKSON NATIONAL LIIFE
INSURANCE COMPANY
    Plaintiff

                                       : CIVIL ACTION NO. 19-cv-01205 (JBA)

VS.

EMELIN PAGAN, MAYRA OSORIO
A/K/A MAYRA LOZADO, TARA
OSORIO and NATALIE OSORIO            : JANUARY 21, 2020
    Defendants

### SUPPLEMENT TO
### MEMORANDUM OF LAW IN SUPPORT OF
### MOTION FOR SUMMARY JUDGMENT
### BY DEFENDANT EMELIN PAGAN

The undersigned Counsel for Defendant Pagan discovered not long after filing his Memorandum on 1/20/20 that he had neglected to attach the two Exhibits mentioned in the Memorandum. They are now attached, and Counsel apologies for any inconvenience created by his oversight.

                                                 DEFENDANT
                                                 EMELIN PAGAN

                                                 BY_____
                                                 C. Thomas Furniss
                                                 Fed bar #ct00028
                                                 C. Thomas Furniss, LLC.
                                                 248 Hudson St.
                                                 Hartford CT 06106
                                                 (860) 527-2245
                                                 cthomasfurniss@gmail.com

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on this 21st of January, 2020.

C. Thomas Furniss

*EXHIBIT A*

**Jackson National Life Insurance Company**
P. O. Box 305153, Nashville, TN 37230-5153
Phone 800-437-8854   Fax 803-333-7879
Visit us at www.insurance-servicing.com


JACKSON®
NATIONAL LIFE INSURANCE COMPANY

January 09, 2018

ADALBERTO OSORIO
255 HILLSIDE AVE
HARTFORD CT 06106

Insured Name: ADALBERTO OSORIO
Policy Number: VING021477
Correspondence Number: 14133851

Dear ADALBERTO OSORIO:

Thank you for contacting Jackson National Life Insurance Company. We have received your Beneficiary Change Request Form for the above-referenced policy; however we must have the following information to complete your request. If applicable, a new form is enclosed which must be completed in its entirety, including the information which was missing from the previous request.

- ☐ A completed Request Form, signed and dated is required for each policy.

- ☐ The request submitted does not have a valid policy number. Please record a valid policy number and resubmit your request.

- ☐ You must designate beneficiary name as Irrevocable beneficiary on the Change of Beneficiary Request Form.

If you have any questions, please call the Client Service Center at 800-437-8854, Monday through Friday from 7:30 AM to 4:30 PM Central Standard Time.

Sincerely,

Client Services

Enclosure(s):   Instructions-Beneficiary Change Form
                Beneficiary Change Form

EXHIBIT B

Jackson National Life Insurance Company / P.O. Box 305153, Nashville, TN 37230-5153 / 800-437-8854

## REQUEST FOR CHANGE OF BENEFICIARY FORM

Policy Number: VING21477    Insured Full Name (print): Adalberto Ossorio

Policy Owner Full Name (print): Adalberto Ossorio

**THIS REQUEST REVOKES ALL PREVIOUS BENEFICIARY DESIGNATIONS.**

- Print or type using dark ink. Signatures and dates are required on the last page. The form must be signed and dated within the last six (6) months.
- Any alterations to this form must be initialed by the policyowner(s).
- A separate form is required for each policy number. For additional beneficiaries attach additional copies of this page, fully completed.
- Percentages must be indicated by a whole percentage and equal 100% for each beneficiary type.
- You must select at least one primary beneficiary unless you are only adding a contingent or changing the current contingent beneficiary.
- NOTE: Irrevocable – By checking an Irrevocable Primary or Irrevocable Contingent box below, the named irrevocable beneficiary(ies) obtain(s) a vested interest in this Policy and must sign (along with the Owner) for any future changes to, surrender of, withdrawals from, or transfer of this Policy as requested by the Owner, including a change of the named irrevocable beneficiary(ies). All current irrevocable beneficiaries must sign form in the designated space on the last page.
- REVIEW THE ATTACHED INSTRUCTIONS for additional requirements and information to help ensure you complete this request correctly.

[✓] Primary  [ ] Irrevocable Primary                                          55 % Percentage of Death Benefit

Beneficiary's Full Name (First, Middle, Last): NATALIE M. OSORIO
Date of Birth (mm/dd/yyyy): 05-12-1991
Social Security Number: 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

Non-Natural Entity Name (e.g., Trust, Corporation, Funeral Home):
As their Interests May Appear (use only with Funeral Home designation):
Tax Identification Number:

Street Address (No P.O. Boxes): 55 Windham Street
City: Hartford    State: CT    Zip: 06112
Beneficiary Relationship to Insured: Daughter

[✓] Primary  [ ] Irrevocable Primary  [ ] Contingent  [ ] Irrevocable Contingent      45 % Percentage of Death Benefit

Beneficiary's Full Name (First, Middle, Last): Emelin Pagan
Date of Birth (mm/dd/yyyy): 12-29-65
Social Security Number: 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

Non-Natural Entity Name (e.g., Trust, Corporation, Funeral Home):
As their Interests May Appear (use only with Funeral Home designation):
Tax Identification Number:

Street Address (No P.O. Boxes): 255 Hillside Avenue
City:    State:    Zip:
Beneficiary Relationship to Insured:

[ ] Primary  [ ] Irrevocable Primary  [ ] Contingent  [ ] Irrevocable Contingent      % Percentage of Death Benefit

Beneficiary's Full Name (First, Middle, Last):
Date of Birth (mm/dd/yyyy):
Social Security Number:

Non-Natural Entity Name (e.g., Trust, Corporation, Funeral Home):
As their Interests May Appear (use only with Funeral Home designation):
Tax Identification Number:

Street Address (No P.O. Boxes):
City:    State:    Zip:
Beneficiary Relationship to Insured:

[ ] Primary  [ ] Irrevocable Primary  [ ] Contingent  [ ] Irrevocable Contingent      % Percentage of Death Benefit

Beneficiary's Full Name (First, Middle, Last):
Date of Birth (mm/dd/yyyy):
Social Security Number:

Non-Natural Entity Name (e.g., Trust, Corporation, Funeral Home):
As their Interests May Appear (use only with Funeral Home designation):
Tax Identification Number:

Street Address (No P.O. Boxes):
City:    State:    Zip:
Beneficiary Relationship to Insured:

Policies subject to Viatical / Life Settlement Transactions – Is any individual/entity listed on this form as a beneficiary, a viatical settlement provider, a life settlement provider, the receiver or conservator of a viatical or life settlement company, a viatical or life financing entity, trustee, agent, securities intermediary or other representative of a viatical or life settlement provider, or an individual or entity which invested in this policy as a viatical or life settlement?   [ ] Yes  [ ] No

Please check each statement that applies. NOTE: If either box is checked, the named Agent/Producer must sign and date below.
[ ] I have created a trust that will be the beneficiary of this insurance/annuity product. I have designated the below-named Agent/Producer as trustee, successor trustee and/or

For **Indiana, Iowa, and Wisconsin** residents only: If designating an Agent/Producer as a beneficiary, check and complete the statement that applies:

☐ The Agent/Producer has the following family relationship with the Insured: _____
☐ The Agent/Producer has the following insurable interest in the Insured's life: _____

California prohibits an Agent/Producer from being named as a trustee, beneficiary, of any life insurance policy or annuity contract if the Agent/Producer has directly or indirectly induced the Owner to do so.
Indiana and Wisconsin prohibit an Agent/Producer from being named as beneficiary of a life insurance policy or annuity contract unless the Agent/Producer has an insurable interest in the life of the Insured.
Iowa prohibits an Agent/Producer from being named, without good cause, beneficiary of a life insurance policy or annuity contract insuring the life of an unrelated customer.

Agent/Producer Full Name: (First) _____ (Middle) _____ (Last) _____

Agent/Producer Signature: _____ Agent Number _____ Date _____

## SIGNATURES AND AUTHORIZATIONS
### REVIEW ATTACHED INSTRUCTIONS FOR ALL REQUIREMENTS

If the current policy owner resides in Massachusetts: The signature of a disinterested witness is required. A disinterested person is described as anyone other than a designated beneficiary and over 18 years of age. An Agent may not sign as a disinterested witness.

Each of the undersigned hereby agrees on behalf of himself/herself, his/her heirs, and his/her successors to waive any and all claims or causes of actions he/she has or may have against the Company related to, or otherwise arising out of the designation of the Agent as trustee, successor trustee, beneficiary and/or owner. Further, he/she hereby agrees to indemnify and hold the Company harmless from any and all claims, causes of actions, or expenses, including legal fees, related to such designation(s) of the Agent.

I/we as the policyowner(s) hereby consent to the above designations and revoke all previous beneficiary designations. The effective date of this revocation and change, upon being filed and recorded with the Company, will take effect as of the date this form was signed, unless the policy has been terminated, surrendered, or had a claim filed and/or processed against it before this revocation and change is received by the Company.

Your spouse's signature may be required in the following community property states: AZ, CA, ID, LA, NM, NV, TX, WA, WI and PR. We recommend you discuss with your legal advisor.

| Print Name of Policy Owner | Signature of Policy Owner** | Date (mm/dd/yyyy) |
|---|---|---|
| ADALBERTO OSORIO | Adalberto Os... / Adalberto Os... | 12-26-2017 / 12/26/2017 |
| Print Name of Joint Owner (if applicable) | Signature of Joint Owner (if applicable)** | Date (mm/dd/yyyy) |
| Print Name of Joint Owner (if applicable) | Signature of Joint Owner (if applicable)** | Date (mm/dd/yyyy) |
| Print Name of Owner's Spouse | Signature of Owner's Spouse** | Date (mm/dd/yyyy) |
| Enelin Pagan | [signature] | 12-29-1965 |
| Print Name of Trustee (if applicable) | Signature of Trustee (if applicable)** | Date (mm/dd/yyyy) |
| Print Name of Trustee (if applicable) | Signature of Trustee (if applicable)** | Date (mm/dd/yyyy) |
| Print Name of Irrevocable Beneficiary | Signature of Irrevocable Beneficiary** | Date (mm/dd/yyyy) |
| Natalie Osorio | [signature] | 08/12/1991 |
| Print Name of Irrevocable Beneficiary | Signature of Irrevocable Beneficiary** | Date (mm/dd/yyyy) |
| Print Name of Witness | Signature of Witness | Date (mm/dd/yyyy) |

** If you are signing on behalf of another person, check the box that describes the capacity in which you are signing. Notarized signature required, if not already on file. Copy of paperwork required, if not already provided. Signing on behalf of (print name): _____

☐ Conservator  ☐ Guardian  ☐ Attorney-in-Fact under Power of Attorney

Print Your Name _____ Your Signature _____ Date (mm/dd/yyyy) _____

Notary Section – indicate whose signature is being notarized for each notary.

[signature]

**DAMIEN VASSEUR**
Notary Public, State of Connecticut
My Commission Expires June 30, 2019

12/26/17  For Adalberto Osorio

Page 2 of 2